AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rushfelt, Gerald L. | District of Kansas | 09/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐  Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

628 United States Courthouse
500 State Avenue
Kansas City, Kansas 66101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust # 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/23/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rushfelt, Gerald L.** | 09/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Membership Dues | American College of Trial Lawyers | $700.0 |
| 2. | Membership Dues | American Board of Trial Advocates | $500.00 |
| 3. | Reduced Membership Dues | International Society of Barristers | $475.0 |
| 4. | Membership Dues | American Bar Association | $350.0 |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | J.P. Morgan Chase Bank, N.A. | Mortgage on residence of adult child in Portland, OR. | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Life Ins. VA, Whole Life,- Philadelphia, PA | B | Int./Div. | K | T | | | | | |
| 2. U.S. Savings Bonds | B | Interest | K | T | | | | | |
| 3. FIDELITY MANAGEMENT TRUST CO. (IRA - Mutual Funds) - #1 (H) | E | Dividend | N | T | | | | | |
| 4. - Pimco Total Return Administrative Shs (PTRAX) | | | | | | | | | |
| 5. - Pimco Short Term Administrative Shs (PSFAX) | | | | | Sold (part) | 01/30/14 | J | A | |
| 6. | | | | | Sold | 08/05/14 | J | A | |
| 7. - Fidelity Total Bond (FTBFX) | | | | | Sold (part) | 10/17/14 | J | A | |
| 8. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 9. -Strategic Advisers Small-M Cap Fd f/ka Fidelity (FSCFX) | | | | | Buy (add'l) | 06/05/14 | J | | |
| 10. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 11. - Strategic Adv Intl Fund f/k/a Fidelity PAS Intl F (FILFX) | | | | | Buy (add'l) | 01/30/14 | J | | |
| 12. | | | | | Sold (part) | 10/29/14 | J | A | |
| 13. | | | | | Sold (part) | 12/05/14 | J | A | |
| 14. - Strategic Advisers US Oppty Fund f/k/a Fidelity US(FUSOX) | | | | | Sold (part) | 08/05/14 | J | C | |
| 15. | | | | | Sold | 08/08/14 | J | C | |
| 16. - Templeton Global Bond Class A (TPINX) | | | | | | | | | |
| 17. - Strategic Advisers Value Fund (FVSAX) | | | | | Buy (add'l) | 02/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/06/14 | J | A | |
| 19. | | | | | Sold (part) | 10/29/14 | J | A | |
| 20. | | | | | Sold (part) | 12/05/14 | J | A | |
| 21.   - Strategic Advisers Core Fund (FCSAX) | | | | | Buy (add'l) | 08/05/14 | J | | |
| 22. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 23. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 24. | | | | | Sold (part) | 10/29/14 | J | A | |
| 25. | | | | | Sold (part) | 12/05/14 | J | | |
| 26.   - Strategic Advisers Growth Fund (FSGFX) | | | | | Sold (part) | 03/06/14 | J | A | |
| 27. | | | | | Sold (part) | 06/05/14 | J | A | |
| 28. | | | | | Sold (part) | 10/29/14 | J | A | |
| 29. | | | | | Sold (part) | 12/05/14 | J | A | |
| 30.   - Strategic Advisers Emerging Markets (FSAMX) | | | | | | | | | |
| 31.   - Strategic Advisers Core Income Fund (FPCIX) | | | | | Sold (part) | 10/17/14 | J | | |
| 32. | | | | | Sold (part) | 10/29/14 | J | | |
| 33. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 34. | | | | | Sold (part) | 12/11/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - Strategic Advisers Income Opportunities (FPIOX) | | | | | Sold (part) | 07/16/14 | J | A | |
| 36.   - FIMM MMKT Inst. Cl (FNSXX) | | | | | Buy (add'l) | 03/06/14 | J | | |
| 37.   - Merger Fund (MERFX) | | | | | | | | | |
| 38.   - Strategic Advisers Short Duration Fund (FAUDX) | | | | | Sold (part) | 01/30/14 | J | A | |
| 39. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 40.   - Arden Alternative Strategies Cl 1 Conf (ARDNX) | | | | | | | | | |
| 41.   - Blackstone Alterntv Multi Manager (BXMMX) | | | | | Buy (add'l) | 12/11/14 | J | | |
| 42.   MERRILL LYNCH IRA ACCOUNT (H) | | | | | | | | | |
| 43.   - Cash, f/k/a/ Beyond Banking - Money Account | | None | J | T | | | | | |
| 44.   -Bank of America NA RASP f/k/a/ ML Bank USA RASP - Cash Account | | None | J | T | | | | | |
| 45.   -American Funds Inc. Fund of America Cl F2 (AMEFX f/k/a|FAFX) FAFX) | A | Dividend | K | T | Sold (part) | 05/23/14 | J | A | |
| 46.   - First Eagle Global Class I (SGIIX f/k/a (FESGX) | | None | K | T | | | | | |
| 47.   - Pioneer Strategic Income Fund Cl Y (STRYX f/k/a/ PSRCX) | B | Dividend | K | T | | | | | |
| 48.   BROKERAGE #1 - Merrill Lynch Account (H) | | | | | | | | | |
| 49.   - Cash, f/k/a Beyond Banking - Money Account (X) | | None | J | T | | | | | |
| 50.   - ML Bank Deposit Program f/k/a ML Bank USA RASP (X) | A | Interest | J | T | | | | | |
| 51.   - Franklin Income Fd ADV (FRIAX f/k/a FCISX) | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Black Rock Global Allocation Fd Inc Instl (MALOX f/k/a/ MCLOX) | B | Dividend | L | T | | | | | |
| 53. - Ivy Asset Strategy Fund Cl I (IVAEX f/k/a WASCX) | A | Dividend | L | T | | | | | |
| 54. - American Capital Income Builder Fd Cl F2 (CAIFX f/k/a CIBCX) | B | Dividend | K | T | | | | | |
| 55. - Blackrock National Muni Fund Instl (MANLX f/k/a MFNLX) | B | Dividend | L | T | | | | | |
| 56. - First Eagle Global Cl I (SGIIX f/k/a FESGX) | | None | L | T | | | | | |
| 57. - Franklin US Govt Secs Fd Adv Cl (FUSAX f/k/aFRUGX) | B | Dividend | L | T | Sold (part) | 11/13/14 | J | | |
| 58. - Nuveen Kansas Municipal Bond FD Cl I (FRKSX f/k/a FCKSX) | B | Dividend | L | T | | | | | |
| 59. - Americam Funds American Balanced Fund Cl F2 (AMBFX f/k/a BALCX) | A | Dividend | K | T | | | | | |
| 60. - Blackrock Multi Asset Income Portfolio Instl (BIICX f/k/a BCICX) | C | Dividend | L | T | | | | | |
| 61. UMB Bank, n.a., Overland Park, KS - accounts | A | Interest | K | T | | | | | |
| 62. American Century IRA (H) | A | Dividend | K | T | | | | | |
| 63. - One Choice Portfolio: Moderate (AOMIX) | | | | | | | | | |
| 64. Trust # 1 (Income Beneficiary) (H) | E | | N | W | | | | | |
| 65. - 160 Acres of farm land in Grant County, KS | | Rent | | | | | | | |
| 66. - Linn Operating Co. gas lease, Grant Co, KS (Royalty) | | Royalty | | | | | | | |
| 67. - Pioneer Natural Resources, gas lease, Grant County, KS ( Y) | | Royalty | | | Merged (with line 66) | 07/01/14 | | | |
| 68. - First National Bank, Overland Park, KS | | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Variable Annuity-Ohio National Life Insurance Co. | | | | | | | | | |
| 70. IRA - Sunlife Assurance Co. | | | | | | | | | |
| 71. Morgan Stanley Smith Barney Brokerage (H) Account (X) | | | | | | | | | |
| 72. - American Century Growth Fund | A | Dividend | | | | | | | |
| 73. - American Century Equity Growth Fund (X) | A | Dividend | | | | | | | |
| 74. - First TR Interm Dur Prf & Inc Fd | C | Dividend | | | | | | | |
| 75. - Clearbridge Amern Engy MLP Fnd | B | Dividend | | | | | | | |
| 76. - Cushing MLP Premier C | B | Distribution | | | Sold | 04/30/14 | M | E | |
| 77. - Morgan Stanley Bank N.A. | A | Interest | | | | | | | |
| 78. - SG Ranac Rty 6ML | A | Interest | | | Sold | 04/22/14 | K | A | |
| 79. - Lehigh Gas Partners LP | B | Distribution | | | | | | | |
| 80. - Center Coast MLP Focus I | B | Distribution | | | | | | | |
| 81. - KKR Income Opportunities Fund | B | Dividend | | | | | | | |
| 82. - Morgan Stanley Bank | A | Interest | | | | | | | |
| 83. IRA - Morgan Stanley & Co. | | | | | | | | | |
| 84. Central Bank of the Midwest f/k/a/ Metcalf Bank - Accounts | A | Interest | M | T | | | | | |
| 85. GPH Family Tree LLC loan - note receivable | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/23/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Elizabeth Ann Page Trust | | | | | | | | | |
| 87. 1st Nat'l. Bank of Omaha, f/k/a 1st N.B Overland Park KS | A | Interest | K | T | | | | | |
| 88. Chase Home Finance LLC - Mortgagee | | None | | | | | | | |
| 89. Morgan Stanley Smith Barney Variable Rate Annuity - IRA | | | | | | | | | |
| 90. Learning Quest 529 Savings Program.- 4688 Money Mkt - Shawnee Msn, KS | | None | J | T | Buy (add'l) | 07/17/14 | J | | |
| 91. | | | | | Donated (part) | | | | |
| 92. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 93. | | | | | Donated (part) | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 67: Pioneer Natural Resources conveyed its interest as lessee of its oil and gas lease to Linn Operating Co. on July 1, 2014. The reportring person (trustee) was not privy or a party to that transaction, but the trust did receive some royalty income from Pioneer for 2014 production that preceded the transfer of the lease to Linn.

Lines 69 through 83, 85, 86, 88 and 89: All of the assets listed on these lines are the sole financial interest or responsibility of another individual in reporting person's household and are not reportable assets.. They are not derived from the assets, income or activities of the reporting person. The reporting person does not derive or expect to derive a benefit from them, and he has no knowledge about them, except for the limited information stated on these lines.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald L. Rushfelt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544